IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO. 2:10-CR-00008-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY JACKSON, WILLIAM WHEELER MATHEWS, JR., ANDREW HOWELL, RONALD SLEZAK, and ANA BUNDY<br><br>Defendants. | **ORDER GRANTING DEFENDANT ANDREW HOWELL'S MOTION TO TERMINATE ALL CONDITIONS OF RELEASE AND FOR RETURN OF PASSPORT** |

THIS CAUSE COMING before the Court upon the Motion for Return of Passport of Defendant Andrew Howell, and it appearing that good cause exists to grant said motion,

**IT IS THEREFORE ORDERED** that Defendant's Motion is hereby granted and:

1. All prior conditions of release as to Mr. Howell are vacated;

2. The Clerk of Court, U. S. District Court, Eastern District of North Carolina, shall return Mr. Howell's passport to Mr. Howell;

3. All prohibitions against Mr. Howell traveling internationally are revoked; and

4. All prohibitions against Mr. Howell possessing firearms are revoked.

This the 27th day of Mar, 2013.

_____
United States District Judge Louise W. Flanagan